COPY

PREET BHARARA
United States Attorney for the
Southern District of New York
By: LAWRENCE H. FOGELMAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: 212-637-2719
Facsimile: 212-637-2686
lawrence.fogelman@usdoj.gov



15 MISC 301

RECEIVED
SEP 1 5 2015
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                  Petitioner,

          - v.-

HUGH G. TAYLOR,

                  Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PETITION TO ENFORCE
INTERNAL REVENUE
SERVICE SUMMONS

15 Misc.

       The United States of America ("Petitioner"), by its attorney Preet Bharara, United States

Attorney for the Southern District of New York, alleges upon information and belief as follows:

       1.      This is a proceeding brought under the authority of sections 7402(b) and 7604(a) of

the Internal Revenue Code, 26 U.S.C. §§ 7402(b) and 7604(a), to enforce an Internal Revenue

Service ("IRS") Summons (the "Summons").   A copy of the Summons is annexed to the

Declaration of Karen Sun (the "Declaration") as Exhibit 1.   The Declaration is annexed hereto as

Exhibit A.

       2.      Respondent Hugh G. Taylor's ("Respondent") last known address is 34 West 89th

Street, Apt. 2, New York, New York 10024-2090, see Declaration ¶ 5, which is within the

jurisdiction of this Court.

3.      Karen Sun, a Revenue Officer (the "RO") employed in the Small Business/Self Employed Division, Internal Revenue Service, with a post of duty at 290 Broadway, New York, New York, 10007, is conducting an investigation in order to collect the tax liabilities of the Respondent for the calendar years ending December 31, 2006 and December 31, 2007.  *See* Declaration ¶¶ 1, 3.

4.      On August 21, 2013, the IRS duly issued the Summons directing the Respondent to appear before the RO on September 10, 2013, to testify and produce for examination the books, papers, records, or other data referred to therein.  *See* Declaration ¶ 4; Declaration Exhibit 1.

5.      Also on August 21, 2013, the RO served an attested copy of the Summons upon Respondent by personally handing a copy to the Respondent at 34 West 89th Street, Apt. 2, New York, New York 10024-2090.  *See* Declaration ¶ 5; Declaration Exhibit 1.

6.      The Respondent called the RO on September 10, 2013 and requested a postponement because he was out of town.  The RO granted a postponement for September 18, 2013.  On September 18, 2013, the Respondent appeared but refused to provide the requested information or documents.  *See* Declaration ¶¶ 6-7.

7.      On November 1, 2013, the IRS's Office of Chief Counsel issued a letter to the Respondent requiring the Respondent to appear on November 12, 2013.  *See* Declaration ¶ 8; Declaration Exhibit 2.

8.      The Respondent failed to appear on November 12, 2013.  Respondent's failure to comply with the Summons continues to date.  *See* Declaration ¶ 9.

9.      The books, papers, records or other data sought by the Summons are not in IRS's possession, custody or control.  *See* Declaration ¶ 10.

10.     The testimony and documents sought by the Summons may be relevant to, and can

reasonably be expected to cast light upon, the subject of the IRS's investigation.  *See id.* ¶ 13.

11.    All administrative steps required by the Internal Revenue Code for issuance of the IRS Summons have been followed.  *See id.* ¶ 11.

12.    No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect with respect to the Respondent for the years under investigation.  *See id.* ¶ 14.

13.    No previous application has been made for the order of relief sought herein.

14.    It is the practice of this Court to proceed by Order to Show Cause in these matters, pursuant to Rule 3 of the Local Rules for the Division of Business Among Judges.

WHEREFORE, Petitioner respectfully requests:

1.    That this Court enter an order directing the Respondent to show cause why the Respondent should not be required to comply with and obey the Summons;

2.    That this Court enter an order directing Respondent to obey the Summons by: (a) producing the records requested in the Summons to the RO or other authorized official as may be designated by the IRS, at such time and place as hereafter may be fixed by the RO; and (b) appearing before the RO, at the time and place designated by Petitioner, for the purpose of giving testimony;

3.    That the United States recover its costs incurred in maintaining this proceeding; and

4.     That this Court grant such other and further relief as it deems just and proper.

Dated: New York, New York
       September 11, 2015

PREET BHARARA
United States Attorney for the
Southern District of New York
*Attorney for the United States of America*

By: _____
    LAWRENCE H. FOGELMAN
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone: (212) 637-2719
    Facsimile: (212) 637-2686
    lawrence. fogelman@usdoj.gov

Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                     :

UNITED STATES OF AMERICA,

                                     :

              Petitioner,

                                     :        DECLARATION OF

            - v. -                          KAREN SUN

                                     :

HUGH G. TAYLOR,                         15 Misc.

                                     :

              Respondent.

                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      I, Karen Sun, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

      1.      I am a duly commissioned Revenue Officer employed in the Small Business/Self-Employed Division of the Internal Revenue Service ("IRS"), with a post of duty at 290 Broadway, New York, New York 10007.   Pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, and Internal Revenue Service Delegation Order No. 4 (as revised), I am authorized to issue administrative summonses.

      2.      Unless noted to the contrary, I have personal knowledge of the matters set forth in this Declaration, and, if called upon to testify to such matters, could do so competently.

      3.      In my capacity as a Revenue Officer, I am conducting an investigation in order to collect the tax liabilities of Hugh G. Taylor ("Respondent"), for the calendar years ending December 31, 2006 and December 31, 2007.

      4.      On August 21, 2013, in furtherance of my investigation, I issued an Internal Revenue Service summons (the "Summons") to Respondent.   The Summons directed the Respondent to appear at 10:00 a.m. on September 10, 2013, to give testimony and produce for

documents may shed light on the assets, liabilities, and income of the Respondent that may assist

the IRS in collecting the Respondent's tax liabilities for 2006 and 2007.

13.    The testimony and documents sought by the IRS Summons may be relevant to and

can reasonably be expected to shed light upon the subject of the IRS's investigation.

14.    No Justice Department referral, as defined by 26 U.S.C. §7602(d)(2), is in effect

with respect to the Respondent for the years under investigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _*17th*_ day of _August_, 2015
New York, New York

_Karen Sun_
KAREN SUN
Revenue Officer

3

Exhibit 1



# Summons

## Collection Information Statement

**In the matter of** HUGH G TAYLOR, 34 W 89TH ST APT 2, NEW YORK, NY 10024-2090
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 1 (21)
**Periods:** Form 1040 for the calendar periods ending December 31, 2006 and December 31, 2007

### The Commissioner of Internal Revenue

**To:** HUGH G TAYLOR
**At:** 34 W 89TH ST APT 2,  NEW YORK, NY  10024-2090

You are hereby summoned and required to appear before K SUN, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest.  These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 04/01/2013 To 07/31/2013

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement.  We have attached a blank statement to guide you in producing the necessary documents and records.

### Do not write in this space

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____
Signature of IRS Official Serving the Summons

**REVENUE OFFICER, 1307020**
Title

**Business address and telephone number of IRS officer before whom you are to appear:**

110 WEST 44TH STREET,  NEW YORK CITY,  NY  10036-6710  (212) 719-8072

**Place and time for appearance at:**  110 WEST 44TH STREET,  NEW YORK CITY,  NY  10036-6710

# IRS

on the 10th day of September , 2013 at 10:00 o'clock a.m.

Issued under authority of the Internal Revenue Code this 21st day of August , 2013

Department of the Treasury
**Internal Revenue Service**
**www.irs.gov**
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

K SUN _____
Signature of Issuing Officer

_____
Signature of Approving Officer *(if applicable)*

**REVENUE OFFICER** _____
Title

_____
Title

**Part A** -- to be given to person summoned



# Certificate of
# Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|------|------|
| 8/21/13 | 3:45 Pm |

**How** ☒    I handed an attested copy of the summons to the person to whom it was directed.

Hugh Taylor

**Summons**

**Was** ☐    I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed.  I left the copy with the following person *(if any)*.

**Served**

| Signature | Title |
|-----------|-------|
| *[signature]* | Revenue officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|-----------|-------|
| *[signature]* | Revenue officer |

Catalog No. 25000Q

Form **6637** (Rev. 10-2010)

Exhibit 2



OFFICE OF THE CHIEF COUNSEL

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OFFICE OF DIVISION COUNSEL
SMALL BUSINESS/SELF-EMPLOYED
14TH FLOOR
33 MAIDEN LANE
NEW YORK, NEW YORK 10038-4518
(917) 421-4600
FAX: (917) 421-3944

NOV 1 / 2013

CC:SB:1:MAN:1:GL-141162-13
AWRemley

**Via Regular Mail**

Hugh G. Taylor
34 W. 89th St.
Apt 2
New York, NY 10024-2090

Dear Mr. Taylor:

Small Business/Self-Employed Collection Area 1 of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on August 21, 2013. Said summons requested the production of documents relating to your assets and liabilities for the taxes due for the periods: 12/31/2006, and 12/31/2007. Under the terms of the summons, you were required to appear before Revenue Officer Karen Sun on September 10, 2013.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

Name: Karen Sun
Date: Tuesday, November 12, 2013
Time: 10:00 A.M.
Address: 110 W. 44th Street
New York, NY 10036-6710

GL-141162-13                              2

    Any books, records or other documents called for in the summons should be produced at that time.  If you have any questions, please contact Revenue Officer Karen Sun directly at (212) 719-8072.


                         Sincerely,


                         FRANCES F. REGAN
                         Area Counsel
                         (Small Business/Self-Employed:Area 1)


By: _____
                         Andrew W. Remley
                         Paralegal Specialist
                         (Manhattan, Group 1)
                         (Small Business/Self-Employed)


cc:    Robert Lutot
       130 S. Elmwood Ave.
       Room 109
       Buffalo, NY 14202-2464